UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JOSUE RUIZ HALL a/k/a "Jimmy,"<br>a/k/a "Deiby Bladimil Casado Ruiz," a/k/a<br>"El Bebo," and<br>(2) PEDRO SANCHEZ BERNABEL, a/k/a<br>"Nini Bernabel,"<br><br>Defendants | Criminal No. 22-10298-IT<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl<br>(21 U.S.C. §846)<br><br>Count Two: Distribution of Fentanyl; Aiding and Abetting<br>(21 U.S.C. §841(a)(1); 18 U.S.C. §2)<br><br>Forfeiture Allegation:<br>(21 U.S.C. §853) |

SUPERSEDING INFORMATION

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl
(21 U.S.C. §846)

The Acting United States Attorney charges that:

From on or about July 27, 2022 through on or about November 1, 2022, in Bedford, Lawrence, and elsewhere in the District of Massachusetts, the defendants,

(1) JOSUE RUIZ HALL, a/k/a "Jimmy,"
a/k/a "Deiby Bladimil Casado Ruiz," a/k/a "El Bebo," and
(2) PEDRO SANCHEZ BERNABEL, a/k/a "Nini Bernabel,"

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
Distribution of Fentanyl; Aiding and Abetting
(21 U.S.C. §841(a)(1); 18 U.S.C. §2)

The Acting United States Attorney further charges that:

On or about September 13, 2022, in Bedford, in the District of Massachusetts, the defendants,

(1) JOSUE RUIZ HALL, a/k/a "Jimmy,"
a/k/a "Deiby Bladimil Casado Ruiz," a/k/a "El Bebo," and
(2) PEDRO SANCHEZ BERNABEL, a/k/a "Nini Bernabel,"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
(21 U.S.C. §853)

The Acting United States Attorney further charges that:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 846 and 841(a)(1), set forth in Counts One and Two, the defendants,

(1) JOSUE RUIZ HALL, a/k/a "Jimmy,"
a/k/a "Deiby Bladimil Casado Ruiz," a/k/a "El Bebo,"and
(2) F PEDRO SANCHEZ BERNABEL, a/k/a "Nini Bernabel,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants—

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

/s/ Patrick Callahan
PATRICK CALLAHAN
LAUREN GRABER
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 20, 2023